IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PROGRESSIVE PIPELINE CONSTRUCTION, LLC                    PLAINTIFF

vs.                          No. 4:18-cv-220-JM

BERKLEY NATIONAL INSURANCE COMPANY                        DEFENDANT

## JUDGMENT

Pursuant to the order entered this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE